IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

LUCILLE J. NORMAN,

                    Plaintiff,                                    **8:19CV409**

          vs.

JORDAN ALEXA POWLEY,                                    **ORDER**

                    Defendant.

This matter comes before the Court on parties' Joint Stipulation for Dismissal with Prejudice (Filing No. 46).  The Court being advised in the premises finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action, and any and all causes of actions contained within, be dismissed with prejudice, with each party to pay their own court costs.

Dated this 1st day of September, 2021.

                              BY THE COURT:

                              s/ Joseph F. Bataillon
                              Senior United States District Judge